181 So. 800

### Horace TOLBERT v. STATE.

### 7 Div. 519.

Supreme Court of Alabama.

June 2, 1938.

McCord & McCord, of Gadsden, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Horace Tolbert for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Tolbert v. State, 181 So. 800.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.